**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUDY TEDESCO,**

        **Plaintiff,**

-vs-                                                      **Case No. 6:08-cv-1406-Orl-31DAB**

**ANDERSON-COLLINS, INC., f/k/a**
**Sanford-Orlando Kennel Club, Inc.,**
**COLLINS & COLLINS and JACK**
**COLLINS, JR.,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Unopposed Motion to Approve Settlement and Dismiss the Case (Doc. No. 24) filed June 8, 2009.

On June 15, 2009, the United States Magistrate Judge issued a report (Doc. No. 25) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Unopposed Motion to Approve Settlement and Dismiss the Case is GRANTED. The settlement is approved as a "fair and reasonable resolution of a bona fide dispute."

3. Defendants shall pay the Plaintiff $5,000.00 which includes $1,500.00 in unpaid wages and $3,500.00 in attorney's fees and costs.

4. The case is **DISMISSED** with prejudice. The Court will not reserve jurisdiction to enforce a settlement agreement. The clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 7th day of July, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE